IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** <u>ex</u> <u>rel.</u> **SUSAN CLASS, et al.,** | **CIVIL ACTION** |
| **Plaintiffs-Relators,** | |
| v. | No. 16-680 |
| **BAYADA HOME HEALTH CARE, INC.,** | |
| **Defendant.** | |

## ORDER

**AND NOW**, this 24th day of September, 2018, upon consideration of Defendant's "Motion to Dismiss," (Doc. No. 25) and Plaintiffs' response in opposition (Doc. No. 26), and for the reasons set forth in the Court's Memorandum Opinion, it is hereby **ORDERED** that Defendant's "Motion to Dismiss," (Doc. No. 25) is **DENIED** and Defendant shall file an Answer to Plaintiff's Amended Complaint (Doc. No. 22) **within thirty (30) days of this Order**.

BY THE COURT:

/s/ Mitchell S. Goldberg
_____
**MITCHELL S. GOLDBERG, J.**