# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 19-1406

USA ex rel Susan Class, et al v. Bayada Home Health Care Inc

(U.S. District Court No.: 2-16-cv-00680)

## ORDER

In accordance with the agreement of the parties in the above-captioned case, the matter is hereby dismissed pursuant to Fed. R. App. P. 42(b), without cost to either party. A certified copy of this order is issued in lieu of a formal mandate.

For the Court,

s/ Patricia S. Dodszuweit
Clerk

Dated:   April 08, 2019
TMM/cc:   Ms. Kate Barkman,
Kevin M. Coffey, Esq.
Bennett L. Cohen, Esq.
Emily C. Lambert, Esq.

**A True Copy:**

Patricia S. Dodszuweit, Clerk
Certified Order Issued in Lieu of Mandate